**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

AVANTI PRESS, INC.,

Plaintiff,

Case No.: 1:26-cv-12237

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE “A”,

Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | 遮阳蓬具 |
| 2 | YangBorq |
| 3 | hengtaihengbeijingjiudianguan |
| 4 | kkanqix |
| 5 | chenglong Art Shop |
| 6 | AngQiJianZhuGongCheng |
| 7 | 群户外用品店 |
| 8 | lishuimiaoyidianzishangwuyouxiangongsi |
| 9 | siyunsu |
| 10 | taheyanhangshangmaoyouxiangongsi |
| 11 | shouxianlvlinjianzhuyongshijiagong |
| 12 | CHUNLINSHNAGDIAN |
| 13 | ZCJUNSHOP |
| 14 | shangqiuduojiaowenhuachuanmeiyouxiangongsi |
| 15 | xiaoxiongHUIHUA |
| 16 | daiyuanbiaoshop |
| 17 | yuyuyuworldart |
| 18 | zhongyanfen13 |
| 19 | WEINING788 |
| 20 | LiBenHong74 |
| 21 | Pengqing |
| 22 | MingHeJianCai |

| | |
|---|---|
| 23 | henanhuanghanjiuyeyouxian |
| 24 | kunmingzhatuanshengshangmaoyouxiangongsi |
| 25 | weihe456 |
| 26 | sudbaf |
| 27 | xinxiangshipanpanshangmao |
| 28 | zjinxs |
| 29 | 金华市欧狮电子商务商行 |
| 30 | 灯明亮潇电子 |
| 31 | XiangLuanChuanXianBaiH |
| 32 | zhumadianshiyichengqumengshengyangzhiyouxiangongsi |
| 33 | yingshangxianjinxiushuichanjiating |
| 34 | changgeshidongshengzaishengziyuanhuishouzhan |
| 35 | ALAZA |
| 36 | linquanwanchangwangluokeji |
| 37 | pingdingshanshiguanzhunshangmao |
| 38 | jiujiangjinyimaoyiyouxiangongsi |
| 39 | Grace Secret |
| 40 | Carprinass |
| 41 | Liruina-Home Store |
| 42 | Roevite |
| 43 | Chengmeng Garment |
| 44 | ANEMEL |
| 45 | MixShe |
| 46 | FARORO |
| 47 | Gloria&Sarah |
| 48 | Jumppmile |
| 49 | 海冯边玩具 |
| 50 | dongguanshijinhonggongyipin |
| 51 | yanlingxianfengyingmuye |
| 52 | qujingyanchaoshangmaoyouxiangongsi |
| 53 | XYNFangLanYuan |
| 54 | PaiWeiYeYa |
| 55 | Yuansun |
| 56 | LIMOSON |
| 57 | menghanshangmao1 |
| 58 | VANVASTORE |
| 59 | FengShuoZhiShangMao |

| | |
|---|---|
| 60 | YYLeisure clothing |
| 61 | PHY package |
| 62 | huangyanjia |
| 63 | NG Decoration |
| 64 | Seegrices |
| 65 | Unique Customized |
| 66 | The little sister who sells cr |
| 67 | CanvasArt GalleryElegance |
| 68 | two silly boy |
| 69 | WallniuArt |
| 70 | Meihua Textiles |
| 71 | John Calvin Posters |
| 72 | WWM Decorative Painting Poster |
| 73 | Tin Signs Design |
| 74 | Good luck always comesi |
| 75 | KIKIDD |
| 76 | Sports Panda |
| 77 | LDW ART |
| 78 | F Sincere Decorative painting |
| 79 | Frameless Canvas Painting Shop |
| 80 | CQCSFZQ |
| 81 | Launch the canvas painting |
| 82 | F High decorative painting |
| 83 | Art print a |
| 84 | F Happy Decorative Painting |
| 85 | J Fast decorative painting |
| 86 | Super decorative painting |
| 87 | ShuaiQing shop |
| 88 | B Fast decorative painting |
| 89 | CLXLPH TWO |
| 90 | S Distant decorative painting |
| 91 | O Distant decorative painting |
| 92 | K Csi decorative painting |
| 93 | Star Wish Decoration |
| 94 | ABaiSheng Drqw |
| 95 | kejinyu |
| 96 | OUJIAN |
| 97 | XHHfuzhuang |

| | |
|---|---|
| 98 | A woman who sells canvas paint |
| 99 | ZZMH Art Decoration |
| 100 | HQY Art |
| 101 | Signboards of metal |
| 102 | WEIAA |
| 103 | F Distant decorative painting |
| 104 | StagWear |
| 105 | Foryoou |
| 106 | Lumierem |
| 107 | NITPICKING |
| 108 | Weekend Outdoor |
| 109 | Sanzipu Decoration |
| 110 | LHHao Art |
| 111 | TQqiu |
| 112 | GGFSWZ |
| 113 | lin Decorative Painting three |
| 114 | TSNKH |
| 115 | Huangjiayi Wall Art |
| 116 | ZN Magical Shop |
| 117 | Wall Art Personality Home |
| 118 | Zhongniao shop |
| 119 | AUXCD |
| 120 | Xiao Tai Yang online shoppp |
| 121 | YANAN FENG |
| 122 | Iron Vanguard |
| 123 | L LAI decorative painting |
| 124 | Julian Carter |
| 125 | Mushroom Home Poster |
| 126 | ASDASQE WALL ART |
| 127 | Fashion Decoration Painting |
| 128 | NSW Home Decoration |
| 129 | xiaolizhi |
| 130 | S S DFSJFLF |
| 131 | tangfan |
| 132 | LNT FCustom |
| 133 | WanderCart |
| 134 | ouliangHH |
| 135 | YZ mens clothing |

| | |
|---|---|
| 136 | Dynamic Drapes |
| 137 | PaperWingsAT |
| 138 | Wang D |
| 139 | FYYWBABTCC |
| 140 | LushAttire |
| 141 | TeeArt |
| 142 | coiu shirtszc |
| 143 | XBHLTWO |
| 144 | mxxt maat |
| 145 | okdds shirts |
| 146 | Exuisite mens clothing |
| 147 | YEYHTWO |
| 148 | PPengLocal |
| 149 | LoomEdge |
| 150 | SSheid local |
| 151 | djiuf ddssd |
| 152 | Elite Mart New |
| 153 | The wind by the coast |
| 154 | Art connects paintings |
| 155 | YJY Decorative Painting Expert |
| 156 | CLY Wall Art |
| 157 | Dream Canvas Direct Sales |
| 158 | BEAUTIFULFORYOUAF |
| 159 | Wall decoration zhang |
| 160 | April Zinnia |
| 161 | Boutique ink gallery |
| 162 | Artistic Light Canvas |
| 163 | HZ Wall Art |
| 164 | Time Canvas Decorative Painting |
| 165 | Douding Studio |
| 166 | Liuyanli Poster |
| 167 | PIPIJA |
| 168 | Lhcxy |
| 169 | Picturesque ART |
| 170 | coodeals |
| 171 | hacarts |
| 172 | wowshope |
| 173 | wonderinabox |

| | |
|---|---|
| 174 | forestcoral |
| 175 | desertandforest |