**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

AVANTI PRESS, INC.,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-12237

Judge Charles P. Kocoras

Magistrate Judge Heather K. McShain

**AMENDED SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | lishuimiaoyidianzishangwuyouxiangongsi |
| 2 | xiaoxiongHUIHUA |
| 3 | weihe456 |
| 4 | sudbaf |
| 5 | Grace Secret |
| 6 | Liruina-Home Store |
| 7 | Chengmeng Garment |
| 8 | FARORO |
| 9 | Gloria&Sarah |
| 10 | Jumppmile |
| 11 | qujingyanchaoshangmaoyouxiangongsi |
| 12 | Yuansun |
| 13 | coodeals |
| 14 | hacarts |
| 15 | wowshope |
| 16 | wonderinabox |
| 17 | forestcoral |
| 18 | desertandforest |