**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

AVANTI PRESS, INC.,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-12237

Judge Charles P. Kocoras

Magistrate Judge Heather K. McShain

**DECLARATION OF RALPH R. SAFFORD**

I, RALPH R. SAFFORD, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am the Outside General Counsel for Avanti Press, Inc. ("Avanti Press"). I make this declaration from matters within my knowledge save where otherwise stated.

3. Avanti Press is a greeting card publisher that creates humor-driven cards featuring bold photography, expressive imagery, and relatable storytelling. Avanti's designs often highlight animals and everyday human moments designed to make people smile. The company distributes its products throughout the United States and internationally, including in the United Kingdom, Australia, and Japan. Avanti Press has received more than fifty LOUIE Awards from the Greeting Card Association and numerous other recognitions for print and production excellence. Today, Avanti Press is one of the most recognized card brands in the world, built on a distinctive look, authenticity, laughter, and

the belief that a great card can brighten anyone's day. Avanti Press proudly prints its greetings cards in the United States.

4. Below is an official source of products associated with the Avanti Press Works (the "Avanti Press Products"):




https://papercards.com/shop-by-brand/avanti-press/?sort=bestselling

5. Avanti Press is the owner of the copyright registration for the Avanti Press copyrighted works, which are protected by United States Copyright Registration Nos. VA 1-942-064; VA 1-788-147; VA 2-048-454; and VA 1-398-449 (the "Avanti Press Works"). True and correct copies of the copyright registrations for the Avanti Press Works are attached hereto as **Exhibit 1**.

6. Avanti Press controls the quality of all materials and content that feature the distinctive Avanti Press Works.

7. Substantial time, money, and other resources have been expended in developing, advertising, licensing, and otherwise promoting the Avanti Press Works. As a result,

the images are widely recognized and exclusively associated by consumers, the public, and the trade with Avanti Press.

8. The success of the Avanti Press Works has resulted in significant infringement of the copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in Amended Schedule A attached to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Avanti Press Works to consumers in this judicial district and throughout the United States.

9. I am aware of investigations related to internet-based infringement of the Avanti Press Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Avanti Press Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Avanti Press Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with Avanti Press and do not have the right or authority to use the copyrights for any reason. True and correct copies of screenshot printouts showing the active Defendant Internet Stores reviewed are attached as **Exhibit 2**.

10. Monetary damages alone cannot adequately compensate Avanti Press for the ongoing infringement because monetary damages fail to address the loss of control of and damage to its reputation, goodwill, and control over the nature of the derivative works made using its copyrighted materials. Furthermore, monetary damages are difficult, if not

impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to its reputation and goodwill by acts of infringement.

11. Avanti Press's goodwill and reputation are irreparably damaged when the Avanti Press Works are used on unauthorized goods. It is further irreparably harmed by the unauthorized use of the Avanti Press copyrighted materials because infringers take away Avanti's ability to control the nature and quality of products bearing the Avanti Press Works and derivative works.

12. Avanti Press is further irreparably damaged due to a loss of exclusivity. The copyright rights in the Avanti Press Works are meant to be exclusive rights.

13. The marketing and distribution of the Avanti Press Works and derivative works are aimed at growing and sustaining sales. When infringers use the Avanti Press Works without authorization, the exclusivity associated with the Avanti Press Works, as well as Avanti Press's reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

14. Uncontrolled profiteering and pirating of the Avanti Press Works create the impression that the copyright rights associated with the Avanti Press Works may be infringed with impunity. The Avanti Press Works are distinctive and signify to consumers that the products are authorized by Avanti Press and are manufactured to its high-quality standards. When infringers use the Avanti Press Works on goods without authorization, the exclusivity of Avanti Press's products and reputation is damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Avanti Press Works cannot be compensated for financially since it erodes Avanti Press's ability to monetize the Avanti Press Works.

15. Avanti Press will suffer immediate and irreparable injury, loss, or damage if an *ex parte* Temporary Restraining Order is not issued in accordance with Federal Rule of Civil Procedure 65(b)(1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 7, 2026

Ralph R. Safford

Ralph R. Safford