Exhibit 1

**Registration Number**
# VA 1-942-064
**Effective Date of Registration:**
August 21, 2014

## Title

**Title of Work:** Hen With Swimsuit #201494

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** August 01, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Avanti Press, Inc.
**Author Created:** photograph(s), 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Avanti Press, Inc.
155 West Congress, Suite 200, Detroit, MI, 48226

## Limitation of copyright claim

**Material excluded from this claim:** photograph(s), Photograph of Hen (sans sunglasses & swimsuit); Photograph of Ocean Background

**New material included in claim:** photograph(s), 2-D artwork, Digitally manipulated and combined existing photography (Hen & Ocean) with new photography (sunglasses & bathing suit) using 2-D artwork creating a derivative work.

## Rights and Permissions

**Organization Name:** Avanti Press, Inc.
**Name:** Lori A Delisi
**Email:** loridelisi@avantipress.com
**Telephone:** (313)262-8637
**Address:** 155 West Congress
Suite 200
Detroit, MI 48226

## Certification

**Name:** Lori Delisi
**Date:** August 14, 2014
**Applicant's Tracking Number:** 22075



**Registration Number**
VA 1-788-147

**Effective date of registration:**
August 23, 2011

## Title

**Title of Work:** #17701 "Cat in Tree Wig"

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** March 15, 2011 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 193395743-3

## Author

- **Author:** Avanti Press, Inc.

**Author Created:** photograph(s), 2-D artwork, Photo Collage

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Avanti Press, Inc.

155 West Congress, Suite 200, Detroit, MI, 48226

## Limitation of copyright claim

**Material excluded from this claim:** photograph(s), Photograph of Cat

**New material included in claim:** photograph(s), 2-D artwork, Photoshop manipulation of all individual elements & artwork to create photo collage

## Rights and Permissions

**Organization Name:** Avanti Press, Inc.

**Name:** Lori A Delisi

**Email:** loridelisi@avantipress.com **Telephone:** 313-262-8637

**Address:** 155 West Congress

Suite 200

Detroit, MI 48226

## Certification

**Name:** Lori Delisi

**Date:** August 17, 2011

**Applicant's Tracking Number:** 15367



**Registration Number**
**VA 2-048-454**
**Effective Date of Registration:**
June 08, 2016

## Title

**Title of Work:** Dog with Cheesy Slice #202478

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 15, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Avanti Press, Inc.
  **Author Created:** photograph, 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Avanti Press, Inc.
155 West Congress, Suite 200, Detroit, MI, 48226

## Limitation of copyright claim

**Material excluded from this claim:** photograph, Photograph of Dog; Photograph of Restaurant Background

**New material included in claim:** photograph, 2-D artwork, Digitally combined existing photography (Dog and background) with new photography (pizza, table and table cloth), thus creating unique derivative work.

## Rights and Permissions

**Organization Name:** Avanti Press, Inc.
**Name:** Lori A Delisi
**Email:** loridelisi@avantipress.com
**Telephone:** (313)262-8637
**Address:** 155 West Congress
Suite 200
Detroit, MI 48226

## Certification

**Name:** Lori Delisi
**Date**: May 31, 2016
**Applicant's Tracking Number**: 22876



# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG

VA 1-398-449

EFFECTIVE DATE OF REGISTRATION

Sep 29 2006
Month Day Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

**Title of This Work** ▼
Mom Dog Walks Puppies #15417

**NATURE OF THIS WORK** ▼ See instructions
Greeting Card

**Previous or Alternative Titles** ▼

**Publication as a Contribution** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared. **Title of Collective Work** ▼

If published in a periodical or serial give **Volume** ▼ **Number** ▼ **Issue Date** ▼ **On Pages** ▼

**2**

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

a **NAME OF AUTHOR** ▼
Scott Dingman

**DATES OF BIRTH AND DEATH**
Year Born ▼ NA
Year Died ▼ NA

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of USA
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions.

**Nature of Authorship** Check appropriate box(es) **See instructions**
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☑ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

b **Name of Author** ▼

**Dates of Birth and Death**
Year Born ▼
Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

**Nature of Authorship** Check appropriate box(es) **See instructions**
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**3**

a **Year in Which Creation of This Work Was Completed** 2006 Year
This information must be given in all cases.

b **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month 09 Day 20 Year 06
USA Nation

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Avanti Press Inc
6 West 18th St 6th Flr
NY NY 10011

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Copyright Transfer Contract

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED SEP 29 2006
ONE DEPOSIT RECEIVED SEP 29 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶**

DO NOT WRITE HERE



32 / 73

EXAMINED BY RB

CHECKED BY

FORM VA

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office? **5**

☐ Yes ☑ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant.

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is Yes give **Previous Registration Number** ▼ **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation **6**

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

NA

a

See instructions before completing this space

**b. Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed. ▼

NA

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account. **7**

Name ▼ Avanti Press Inc

Account Number ▼ DA 091030

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Erika Windsor / Avanti Press Inc
6 West 18th St 6 th Flr
NY NY 10011

b

Area code and daytime telephone number (212) 414-1025 ex25

Fax number (212) 414 1055

Email erikawindsor@avantipress com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the **8**

check only one ▶
- ☐ author
- ☐ other copyright claimant
- ☐ owner of exclusive right(s)
- ☑ authorized agent of Avanti Press Inc

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Erika Windsor for Avanti Press Inc Date 09/25/06

Handwritten signature (X) ▼

X

**Certificate will be mailed in window envelope to this address** **9**

Name ▼ Erika Windsor / Avanti Press Inc/

Number/Street/Apt ▼ 6 West 18th St 6th Flr

City/State/ZIP ▼ New York NY 10011

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6000

17 USC §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500

Form VA Rev 07/2006 Print 07/2006—30 000 Printed on recycled paper

U.S. Government Printing Office 2004-320-958/60,126

